**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Elliot Singer, et al.,

Plaintiffs,

v.

PrimeSource Health Group LLC,

Defendants.

Case No.  17-cv-02127
Judge Robert W. Gettleman

**ORDER**

      Defendant David Fleming's motion [49] for leave to file cross-claims and for leave to file the pleading under seal is granted.  Motion presentment date of 12/19/2017 is stricken.

Date:  12/19/2017

_____
United States District Judge
Robert W. Gettleman