# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ELLIOT SINGER, RACHEL SINGER, and DANIEL SINGER, | )<br>)<br>) Case No. 17 cv 02127 |
| Plaintiff, | )<br>) Honorable Judge Robert W. Gettleman |
| v. | ) Judge Presiding<br>) |
| PRIMESOURCE HEALTH GROUP, LLC, SENIORSURE HEALTH PLANS, INC., ADVANTAGE CAPITAL HOLDINGS, LLC, PRIMEHEALTH GROUP, LLC, and DAVID FLEMING, | ) Honorable Judge Mary M. Rowland<br>) Magistrate Judge<br>)<br>) JURY DEMANDED<br>) |
| Defendants, | )<br>) |
| DAVID FLEMING, | )<br>) |
| Cross-Plaintiff, | )<br>) |
| v. | )<br>) |
| ADVANTAGE CAPITAL HOLDINGS, LLC, PRIMEHEALTH GROUP, LLC, KENNETH KING, and ANNIE ELLIOT, | )<br>)<br>)<br>) |
| Cross-Defendants. | ) |

## NOTICE OF FILING

TO:     All Counsel of Record

PLEASE TAKE NOTICE that on May 8, 2018, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***Defendant/Cross-Plaintiff David Fleming's First Amended Cross-Claims Against Advantage Capital Holdings, LLC, Primehealth Group, LLC, Kenneth King and Annie Elliot***.

                                                  Respectfully submitted,

                                    By:     /s/ Dominick L. Lanzito
                                           Attorney for Defendant, David Fleming

Dominick L. Lanzito
Peterson, Johnson & Murray Chicago, LLC
200 West Adams, Suite 2125
Chicago, IL. 60606
(312) 724-8035
dlanzito@pjmchicago.com

## **PROOF OF SERVICE**

      I, Dominick L. Lanzito, after first being duly sworn on oath, depose and state that I served this Notice together with the documents herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on May 8, 2018
.

                                    /s/ Dominick L. Lanzito