UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Elliot Singer, et al.

                                           Plaintiff,

v.                                                                           Case No.: 1:17−cv−02127
Honorable Robert W. Gettleman

PrimeSource Health Group LLC, et al.

                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 8, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Status and motion hearing held on 5/8/2018. David Fleming's motion [98] for leave to file an amended cross−claim and leave to file the pleading under seal is granted. Defendants Advantage Capital Holdings, LLC and Primehealth Group LLC's motion [81] to dismiss David Fleming's cross−claims pursuant to Rule 12(b)(1) is denied. Cross−Defendants Kenneth King and Annie Elliott's motion [90] to dismiss cross−claims filed by David Fleming under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction is denied. Defendant PrimeSource Health Group LLC's motion [109] for leave to file a Cross−Claim against PrimeHealth Group, LLC and for leave to file the Cross−Claim under Seal is granted. Motion presentment date of 5/9/2018 is stricken. Responsive pleadings to all cross−claims due by 5/24/2018. Status hearing set for 5/31/2018 at 9:00 a.m. David Fleming's motion [86] to disqualify the law firms of Golan Christie Taglia and OBrien Law Offices, P.C. is continued to 5/31/2018. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.