**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ELLIOT SINGER, RACHEL SINGER and DANIEL SINGER, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| PRIMESOURCE HEALTH GROUP, LLC, SENIORSURE HEALTH PLANS, INC., ADVANTAGE CAPITAL HOLDINGS, LLC, PRIMEHEALTH GROUP, LLC, and DAVID FLEMING, | ) ) ) ) ) | Case No. 17 CV 2127 |
| Defendants. | ) | Hon. Steven C. Seeger |
| | ) | |
| DAVID FLEMING, | ) | |
| Cross-Plaintiff, | ) | |
| v. | ) | |
| ADVANTAGE CAPITAL HOLDINGS, LLC, PRIMEHEALTH GROUP, LLC, KENNETH KING and ANNIE ELLIOTT, | ) ) ) ) | |
| Cross-Defendants. | ) | |
| | ) | |
| PRIMESOURCE HEALTH GROUP, LLC, a Delaware limited liability company, PRIMESOURCE OF MICHIGAN, LLC, a Delaware limited liability company, LINK SOURCE SYSTEMS, INC., an Illinois corporation, and PRIMESOURCE HEALTH CARE SYSTEMS, INC., an Indiana corporation, | ) ) ) ) ) ) ) ) ) | |
| Cross-Plaintiffs, | ) | |
| v. | ) | |
| PRIMEHEALTH GROUP, LLC, an Illinois limited liability company, | ) ) | |
| Cross-Defendant. | ) | |

**STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)(A)(ii)**

It is stipulated and agreed to between the undersigned that pursuant to FRCP 41(a)(1)(A)(ii):

1. All claims in the above captioned case are dismissed with prejudice, including, but not limited, to the following:

    a. All remaining claims by David Fleming are dismissed with prejudice;

    b. All remaining cross-claims by PrimeSource Health Group, LLC, PrimeSource Healthcare Systems, Inc., PrimeSource of Michigan, LLC, and LinkSource Systems, Inc. are dismissed with prejudice;

    c. All remaining counter-claims of Advantage Capital Holdings, LLC's and PrimeHealth Group, LLC's are dismissed with prejudice.

    d. All claims involving SeniorSure Health Plans, Inc. are dismissed with prejudice.

2. The claims of Elliot Singer, Rachel Singer and Daniel Singer were previously dismissed with prejudice (Dkt. ##100 and 128).

3. The claims against Annie Elliott were previously dismissed (Dkt. #225).

4. The claims involving SeniorSure Health Plans, Inc. were stayed (Dkt. #148).

5. With the dismissal of the above claims, no further claims remain in the case.

6. All Parties agree to bear their own costs and attorneys' fees.

**STIPULATED BY**:

/s/Domick Lanzito
Dominick Lanzito
Peterson, Johnson & Murray, S.C.
200 West Adams Street, Suite 2125
Chicago, IL 60606
(312) 782-7150
dlanzito@pjmchicago.com
Counsel for David Fleming

/s/Ronald S. Betman
Ronald S. Betman
Ulmer & Berne LLP
500 W. Madison Street, Suite 3600
Chicago, IL 60606
(312) 658-6578
rbetman@ulmer.com
Counsel for Elliot Singer, Rachel Singer and Daniel Singer

/s/Thadford A. Felton
Thadford A. Felton
Greensfelder, Hemker & Gale, P.C.
200 West Madison | Suite 3300
Chicago, IL 60606
taf@greensfelder.com
Counsel for PrimeSource Health Group, LLC,

/s/Jill Gettman
Jill Gettman
Gettman & Mills LLP
10250 Regency Circle, Suite 105
Omaha, NE 68114
Email: jgettman@gettmanmills.com
Counsel for PrimeHealth Group, LLC,

| | |
|---|---|
| PrimeSource Healthcare Systems, Inc., PrimeSource of Michigan, LLC, and LinkSource Systems, Inc. | Advantage Capital Holdings, LLC, Kenneth King and Annie Elliott |
| /s/Alan Francis Curley_____<br>Alan Francis Curley<br>Robinson Curley P.C.<br>300 South Wacker Drive<br>Suite 1700<br>Chicago, IL  60606<br>acurley@robinsoncurley.com<br>Counsel for Commission of Insurance of the State of Oklahoma, as Receiver of Senior Sure Health Plans, Inc. | |